UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | | |
|---|---|---|
| JAMES RUSSELL, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action 5:16-CV-00289-KKC |
| | ) | |
| EXETER FINANCE CORP | ) | |
| | ) | |
| Defendant. | ) | |

### JOINT MOTION FOR ENTRY OF AGREED ORDER DISMISSING CASE IN FAVOR OF ARBITRATION

Plaintiff James Russell ("Russell" or "Plaintiff") and Defendant Exeter Finance Corp. ("Exeter"), jointly stipulate, agree, and move the Court for entry of an order dismissing Plaintiff's Complaint, without prejudice, to allow Plaintiff to re-file the claims in arbitration. Each party will bear their own attorney's fees, costs, and expenses of this action.  This Joint Motion concludes this matter in its entirety, and the parties request the Court enter an order dismissing this matter without prejudice.

Agreed to by the parties this 1st day of September, 2016:

| | |
|---|---|
| */s/ Frank H. Kerney (with permission)* | */s/ Reid S. Manley* |
| Frank H. Kerney, Esq. (*pro hac vice*) | Reid S. Manley (KY Bar #90360) |
| Morgan & Morgan - Tampa | BURR & FORMAN LLP |
| 201 N. Franklin Street | 420 North 20th St., Suite 3400 |
| 7th Floor, One Tampa City Center | Birmingham, AL 35203 |
| Tampa, FL 33602 | Telephone: (205) 458-5439 |
| 813-223-5505 | Facsimile: (205) 244-5675 |
| Fax: 813-223-5402 | Email: rmanley@burr.com |
| Email: fkerney@forthepeople.com | |
| | |
| *Attorney for Plaintiff James Russell* | *Attorney for Defendant Exeter Finance Corp.* |

    **SO ORDERED:**

                                                                         District Judge Karen K. Caldwell

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of September, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will then send a notification of such filing (NEF) to the following:

Shannon Leeann Thornhill
Wasson & Thornhill, PLLC
3000 Breckinridge Lane
Louisville, KY 40220
502-964-7878
Fax: 855-257-9256
Email: leeann@wassonthornhill.com
*Attorney for Plaintiff*

*s/ Reid S. Manley*
OF COUNSEL