UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

Eastern District of Kentucky
**F I L E D**
SEP 0 2 2016
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| | |
|---|---|
| JAMES RUSSELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action 5:16-CV-00289-KKC |
| EXETER FINANCE CORP | ) ) |
| Defendant. | ) ) |

### JOINT MOTION FOR ENTRY OF AGREED ORDER
### DISMISSING CASE IN FAVOR OF ARBITRATION

Plaintiff James Russell ("Russell" or "Plaintiff") and Defendant Exeter Finance Corp. ("Exeter"), jointly stipulate, agree, and move the Court for entry of an order dismissing Plaintiff's Complaint, without prejudice, to allow Plaintiff to re-file the claims in arbitration. Each party will bear their own attorney's fees, costs, and expenses of this action. This Joint Motion concludes this matter in its entirety, and the parties request the Court enter an order dismissing this matter without prejudice.

Agreed to by the parties this 1st day of September, 2016:

/s/ *Frank H. Kerney (with permission)*
Frank H. Kerney, Esq. (*pro hac vice*)
Morgan & Morgan - Tampa
201 N. Franklin Street
7th Floor, One Tampa City Center
Tampa, FL 33602
813-223-5505
Fax: 813-223-5402
Email: fkerney@forthepeople.com

*Attorney for Plaintiff James Russell*

/s/ *Reid S. Manley*
Reid S. Manley (KY Bar #90360)
BURR & FORMAN LLP
420 North 20th St., Suite 3400
Birmingham, AL 35203
Telephone: (205) 458-5439
Facsimile: (205) 244-5675
Email: rmanley@burr.com

*Attorney for Defendant Exeter Finance Corp.*

**SO ORDERED:**

_Karen K. Caldwell_
District Judge Karen K. Caldwell

28144143 v1